JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LAMAR MYERS,<br>Plaintiff,<br><br>v.<br><br>HANSA R. BHAGAT, et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) | Case No. CV 26-8268 FMO (PVCx)<br><br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 28th day of September, 2026.

/s/
Fernando M. Olguin
United States District Judge